Oswald A. Schlegel, Appellant, *v.* Chase National Bank of the City of New York, as Executor of Rose G. Stern, Deceased, Respondent, et al., Defendants.

Submitted May 17, 1954; decided May 27, 1954.

Motion for reargument and to amend the remittitur denied, with $10 costs. [See 306 N. Y. 965.]

Edythe C. Bailey et al., Individually and as Members of American Society for the Prevention of Cruelty to Animals, Appellants, *v.* American Society for the Prevention of Cruelty to Animals, Respondent.

Argued April 21, 1954; decided June 3, 1954.

*David M. Engelson* for appellants.

*John C. Crawley* and *Howard B. Nichols* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.